# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DOROTHY BRUCE,

          Plaintiff,

vs.

AMERICAN MODERN SELECT INSURANCE COMPANY, et al.,

          Defendants.

Case No. 2:13-cv-1332-MMD-NJK

ORDER DENYING DISCOVERY PLAN
(Docket No. 14)

    Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket No. 14), which is hereby DENIED without prejudice. The parties shall submit a revised discovery plan, no later than September 13, 2013, that correctly states the number of days for discovery they are requesting as well as a more specific explanation for why a longer discovery period should apply to this case.

    In the present proposed discovery plan, the parties indicate that 180 days are required for discovery, yet they propose a discovery cut-off date which would allow 310 days for discovery. Further, the current explanation for why a longer discovery period is necessary does not justify an additional 130 days of discovery.[1] Therefore, the parties must provide "a statement of the reasons why longer or different time periods should apply to the case . . ." *See* LR 26-1(d).

---

[1] The extent of the parties' explanation is that the physical location of the real property at issue is in Nye County, Nevada, and certain causes of action in the Complaint require an extended discovery period.

Additionally, it is the Court's preference that the parties specify that all requests to extend discovery deadlines must comply with LR 26-4. Under LR 26-4, requests to extend discovery deadlines must be filed at least 21 days before the expiration of the subject deadline sought to be extended. LR 26-4. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect.

Although the Court is inclined to approve the deadlines agreed upon by the parties, the parties must comply with the Local Rules and must provide sufficient reasons for the extended deadlines.

IT IS SO ORDERED.

DATED: September 10, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge